ELLI A. BEACH

*v.*

THE CITY OF CHICAGO.

*Opinion filed December 18, 1901.*

SPECIAL ASSESSMENTS—*ordinance should describe the stones on which
curb is to be bedded.*  An ordinance is insufficient which fails to de-
scribe the stones on which the curb-stones are to be bedded other-
wise than as "flat stones."

WRIT OF ERROR to the County Court of Cook county;
the Hon. ORRIN N. CARTER, Judge, presiding.

WILLIAM°F. CARROLL, for plaintiff in error.

Per CURIAM:  This writ was sued out to reverse a
judgment of the county court of Cook county confirming
a special assessment to grade and pave Lincoln street
from Forty-seventh to Fifty-first street, and to put in
curb-stones on each side of said street.  The ordinance
provided that the curb-stones should be firmly bedded
on flat stones, but did not otherwise describe such flat
stones.  Because of this defect in the ordinance the judg-
ment is erroneous.  (*Lusk* v. *City of Chicago*, 176 Ill. 207.)
It will therefore be reversed and the cause remanded.

*Reversed and remanded.*